UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Magistrate Case No. 20-069-SMM

IN RE:

CRIMINAL COMPLAINT

_____ )

FILED BY __CGA__ D.C.
Oct 29, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through the undersigned Assistant U.S. Attorney, Southern District of Florida, hereby requests this Honorable Court seal the *Criminal Complaint* and all attachments (except for copies to be used by law enforcement personnel during execution of their official duties) until the defendant is arrested and further order of the Court.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   ____/s/ Daniel E. Funk_____
Daniel E. Funk (Fl. Bar No. 0592501)
Assistant United States Attorney
Daniel.Funk@usdoj.gov
United States Attorney's Office
101 South U.S. Highway 1, Ste. 3100
Fort Pierce, Florida 34950
TEL: 305-905-7509
FAX: 772-466-1020
Attorney for United States of America