AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Daniel E. Funk

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| Jeffrey Ashley Wood, | )  20-069-SMM |
| | ) |
| | ) |
| *Defendant(s)* | |

FILED BY____CGA____D.C.

Oct 29, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Pierce

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 27, 2020__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | transmitting any communication containing any threat to injure the person of another in interstate or foreign commerce |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Nicholas Schnelle, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: October 29, 2020

_____
*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Nicholas Schnelle, being duly sworn, do state and attest as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since May 2016. I am currently assigned to the Miami Division, Fort Pierce Resident Agency. I have been primarily assigned to investigations dealing with violent crimes, international drug trafficking and both domestic and international terrorism. I have been instructed in investigative techniques concerning terrorism and interstate threats. Based on my experience and training as a federal law enforcement officer, I have conducted investigations of criminal violations of Title 18, United States Code, Section 875(c).

2. This Affidavit is based upon my own personal knowledge of the facts and circumstances surrounding the investigation and information provided to me by other law enforcement officers, and other witnesses. This Affidavit does not purport to contain all the information known to me about this case, but addresses only that information necessary to support a finding of probable cause for the issuance of a Criminal Complaint against Jeffrey A. WOOD, for transmitting in interstate or foreign commerce any communication containing any threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

3. Twitter is a free social networking microblogging service that allows registered members to broadcast short posts called tweets over the internet. Twitter members can broadcast tweets and follow other users' tweets by using multiple platforms and devices. The default settings for Twitter are public and can be viewed in any location in the world from any smart device or computer. WOOD's Twitter accounts are open to public view.

4. On August 25, 2020, the Miami Division - Fort Pierce Resident Agency received a tip from the United States Secret Service (USSS) regarding a person, using the Twitter username "@King_Triad," who tweeted threats regarding the President of the United States (POTUS) and against United States Government entities and installations throughout the Washington D.C. area and

surrounding states. The person posting the tweets was later determined to be JEFFREY ASHLEY WOOD. He resides with his brother in St. Lucie County, Florida and posted the tweets from his residence.

5. August 22, 2020, WOOD tweeted via username "@King_Triad," "See we are gonna kill everyone in the US govt. then put Trump in a cage and put him on display in an evil freak show…."

6. On September 9, 2020, FBI SA Keith Evans and SA Nicholas Schnelle interviewed WOOD. During the interview, WOOD admitted that his Twitter username was "@King_Triad" and that he used the "@King_Triad" Twitter account regularly. WOOD admitted to being responsible for posting the tweet, "See we are gonna kill everyone in the US govt. then put Trump in a cage and put him on display in an evil freak show…."

7. On October 12, 2020, WOOD, utilizing Twitter username "@King_Triad," tweeted, "Final plans are being made. you tell those Pentagon punks. they send the military into Washington. I'm gonna turn the Pentagon into a smoldering hole in the ground…"and "I don't take pleasure in killing people…I do it because it is necessary… because of my code of Honor I can't let people like Trump declare war on us…he is leaving me no choices…" The Pentagon Force Protection Agency (PFPA), with the assistance of the Port St. Lucie Police Department (PSLPD), located WOOD at his residence. WOOD admitted to making the above posts. The PFPA submitted an Emergency Disclosure Request (EDR) to Twitter and determined that the email associated with the "@King_Triad" account contains WOOD's first name, last name and date of birth. The PFPA received an EDR response from Comcast cable regarding the IP used when "@King_Triad" logged into Twitter. The Comcast records revealed that the IP address was used by a subscriber at an address later identified to be the residence of WOOD at ███████████ Port St. Lucie, Florida.

8. On October 23, 2020, CID Watch received the following email from SSA Mark Mander, Army CID Liaison to The National Cyber Investigative Joint Task Force (NCIJTF) and The United States Cyber Command (USCYBERCOM), WOOD made threats regarding the Department of

Defense installation, Fort Detrick, Maryland. WOOD utilized the Twitter username "@King_Triad," to post, "See I'm not going after homeland security or the border patrol or coast guard…and I've decided to rehabilitate Congress and senate…and remove the bad apples. rather than starting over…my main targets are the FBI CIA NSA and US military…," and "Oh and of course I'm going after Trump and those criminals at the secret service…See the election will be canceled by 7pm…and as the legitimate US president I will take over…" and "See we know the US army and Fort Detrick. Is stockpiling WMD to be used on the Americans…that will be priority one to get all the WMD. And destroy Fort Detrick…"

9. On October 26, 2020, FBI Counterterrorism Watch Center (CTWatch) notified the FBI National Threat Operations Center (NTOC) that Twitter username "@King_Triad" tweeted a threat toward the U.S. Military, "I'm gonna put a whole package together. and just wipe out the US military til they are all dead..."

10. On October 27, 2020, WOOD utilizing Twitter username "@King_Triad" posted "Ya it's simple. When a country like the USA declares war on you. The goal of the war, is take the Captiol. Take out the leader. And take over the Country. So that's my war plan…and it's my duty…" and "…so if you're reading this?...and you have a brain cell left. You won't be in Washington DC on Thursday…" WOOD posted further on Twitter, via the username "@King_Triad," "…and when I leave in the morning. I don't have a family anymore. US govt destroyed my family. And I'll never see them again. All I Have is a bag. Of clothes…so I leave on foot in the morning instead with a bag for Washington D.C. See you soon…"

11. On October 29, 2020, FBI SA Keith Evans and SA Nicholas Schnelle made contact with the brother of WOOD at WOOD's residence located at ▇▇▇▇▇▇▇▇▇▇ Port St. Lucie, Florida. WOOD's brother informed Agents that WOOD left their residence in Port St. Lucie at approximately 3:00 a.m. WOOD had taken his brother's ATM card and had withdrawn approximately $600.00 in order to purchase a taxi cab for transportation to the West Palm Beach Amtrak station.

3

WOOD's brother had declined to take WOOD to the Amtrak station. WOOD planned on purchasing an Amtrak ticket to Washington D.C. and told his brother that he was "mission focused."

12. On October 29, 2020, FBI SA Keith Evans, along with officers of the West Palm Beach Police Department, located WOOD at the West Palm Beach Amtrak station. WOOD informed SA Keith Evans that he planned to buy a ticket to Washington D.C. but was told the train was full and would have to wait. Officers with the West Palm Beach Police Department conducted a Baker Act on WOOD. WOOD was transported to the JFK Hospital in West Palm Beach.

13. Based on the foregoing facts, I submit that probable cause exists to believe Jeffrey WOOD, did transmit in interstate or foreign commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

_____
NICHOLAS SCHNELLE
Special Agent
Federal Bureau of Investigation

Sworn to before me, by video conference, in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure, this 29th day of October, 2020.



_____
SHANIEK M. MAYNARD
United States Magistrate Judge



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By Colette Griffin-Arnold
Deputy Clerk
Date Oct 29, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-069-SMM

UNITED STATES OF AMERICA

v.

JEFFREY ASHLEY WOOD,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     ___ Yes  ✔ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes  ✔ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501915

101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:    772-466-0899
Fax:   772-466-1020
Email: Daniel.Funk@usdoj.gov