UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-069-SMM

UNITED STATES OF AMERICA

v.

JEFFREY ASHLEY WOOD,

      Defendant.
_____/

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the Complaint against the above-named defendant.

Respectfully submitted,

_____ for
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

cc:  U.S. Attorney (Daniel E. Funk, AUSA)
     U.S. Marshal
     Chief Probation Officer
     Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: November 5, 2020



_____
SHANIEK M. MAYNARD
U. S. MAGISTRATE JUDGE